IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JERMEAL WHITE, | : | Case No. 1:20-cv-771 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| WARDEN, RONALD ERDOS, *et al.*, | : | |
| Defendants. | : | |

### ORDER OVERRULING OBJECTION (Doc. 9), ADOPTING REPORT AND RECOMMENDATION (Doc. 8), AND TERMINATING ACTION

This civil rights action under 42 U.S.C. § 1983 is before the Court upon the Report and Recommendation ("Report") (Doc. 8) entered by United States Magistrate Judge Stephanie K. Bowman. In the Report, Magistrate Judge Bowman conducted a *sua sponte* review of the amended complaint (Doc. 6) pursuant to 28 U.S.C. §§ 1915 and 1915A. Based on that review, the Magistrate Judge recommended that the Court dismiss the amended complaint for failure to state a claim upon which relief may be granted. Plaintiff filed an Objection (Doc. 9) to the Report. This matter is ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objection (Doc. 9) is not well-taken and is accordingly **OVERRULED**. The Court **ADOPTS** the Report and Supplemental Report in their entirety and rules as follows:

1. Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

2. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons stated in the Report and Recommendation (Doc. 8), which the Court has adopted, an appeal from this Order would not be taken in good faith and therefore deny plaintiff leave to appeal in forma pauperis. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

3. This action is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND